SCOTT J. SAGARIA (CA # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Jeffrey A. Topor (CA 195545)
jtopor@snllp.com
Arvin C. Lugay (CA 242599)
alugay@snllp.com
**SIMMONDS & NARITA LLP.**
44 Montgomery Street, Suite 3010
San Francisco, CA 94101-4816
Telephone: 415-283-1000; Facsimile: 415-352-2625
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAVIDA LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-04844-LB<br><br>STIPULATED REQUEST FOR DISMISSAL<br>ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| | **Sagaria Law, P.C.** |
| Dated:   December 11, 2012 | /s/ Elliot Gale |
| | Scott Sagaria, Esq.<br>Elliot Gale, Esq.<br>Attorneys for Plaintiff |
| | **Simmonds & Narita LLP.** |
| Dated: December 11, 2012 | /s/ Jeffrey Topor |
| | Jeffrey Topor, Esq.<br>Arvin Lugay, Esq.<br>Attorneys for Defendant |

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 12, 2012

_____
UNITED STATES MAGISTRATE JUDGE